WHITNEY A. DAVIS, SBN 149523
THE DAVIS LAW FIRM
3620 Fair Oaks Boulevard, Suite 200
Sacramento, CA 95864
Phone: (916) 333-5363
Fax: (916) 333-5373

wdavis@davistrialcounsel.com

Attorneys for Plaintiffs,
RONALD J. DAVIS and EUNICE DAVIS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD J. DAVIS, EUNICE DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 12-02833 PJH<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action with prejudice. All parties will bear their own costs and fees.

Respectfully submitted,

Dated: October 31, 2012         THE DAVIS LAW FIRM


                                    By: /s/ WHITNEY A. DAVIS
                                           WHITNEY A. DAVIS
                                           Attorneys for Plaintiffs
                                           RONALD J. DAVIS and EUNICE DAVIS

1  Dated: October 31, 2012         HAYES, SCOTT, BONINO,
2                                   ELLINGSON & McLAY, LLP
3
4                                   /s/ STEPHEN P. ELLINGSON
                                    Stephen P. Ellingson, Esq., SBN 83583
5                                   203 Redwood Shores Pkwy, Suite 480
                                    Redwood City, CA  94065
6                                   Attorneys for Defendant
                                    STATE FARM MUTUAL AUTOMOBILE
7                                   INSURANCE COMPANY
8
9  IT IS SO ORDERED

10  DATE: 11/1/12

11

12  _____
13  PHYLLIS J. HAMILTON
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (United States District Court, Northern District of California seal)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. DAVIS, EUNICE DAVIS, | Case No. 4:12-cv-02833-PJH |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | |

I, KRISTINE DIRSIYE, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 3620 Fair Oaks Boulevard, Suite 200, Sacramento, CA 95864, which is located in the city, county and state where the mailing described below took place.

On October 31, 2012, I electronically filed and served the above-referenced document(s) via ECF through the United States District Court – Northern District of California website on all parties listed on the transmission report.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

<u>Counsel for State Farm</u>
Stephen P. Ellingson, Esq.
Hayes, Scott, Bonino, et al.
203 Redwood Shores Pkwy, Suite 480
Redwood City, CA 94065

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this 31st day of October, 2012, in Sacramento, California.

*Kristine Dirsiye*
Kristine Dirsiye