1  WHITNEY A. DAVIS, SBN 149523
   THE DAVIS LAW FIRM
2  3620 Fair Oaks Boulevard, Suite 200
   Sacramento, CA  95864
3  Phone: (916) 333-5363
   Fax: (916) 333-5373
4
   wdavis@davistrialcounsel.com
5
   Attorneys for Plaintiffs,
6  RONALD J. DAVIS and EUNICE DAVIS

7

8           IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11 RONALD J. DAVIS, EUNICE DAVIS,        )  Case No.  C 12-02833 PJH
                                         )
12                                       )
           Plaintiffs,                   )
13                                       )  **JOINT STIPULATION OF DISMISSAL**
        v.                               )  **WITH PREJUDICE**
14                                       )
   STATE FARM MUTUAL AUTOMOBILE          )
15 INSURANCE COMPANY and DOES 1          )
   through 100, inclusive,               )
16                                       )
                                         )
17         Defendants.                   )
                                         )
18 _____

19        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties
20 hereby jointly stipulate to the dismissal of this action with prejudice. All parties will bear their own
21 costs and fees.
22 Respectfully submitted,
23 Dated: October 31, 2012            THE DAVIS LAW FIRM
24
25
                                      By: /s/ WHITNEY A. DAVIS
26                                        WHITNEY A. DAVIS
                                          Attorneys for Plaintiffs
27                                        RONALD J. DAVIS and EUNICE DAVIS
28

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1

| | | |
|---|---|---|
| 1 | Dated: October 31, 2012 | HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ STEPHEN P. ELLINGSON |
| | | Stephen P. Ellingson, Esq., SBN 83583 |
| 5 | | 203 Redwood Shores Pkwy, Suite 480 |
| | | Redwood City, CA 94065 |
| 6 | | Attorneys for Defendant |
| | | STATE FARM MUTUAL AUTOMOBILE |
| 7 | | INSURANCE COMPANY |

IT IS SO ORDERED

DATE: 11/1/12

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

2

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. DAVIS, EUNICE DAVIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY and DOES 1 ) <br> through 100, inclusive, ) <br> ) <br> Defendants. ) | Case No. 4:12-cv-02833-PJH <br><br> **CERTIFICATE OF SERVICE** |

I, KRISTINE DIRSIYE, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 3620 Fair Oaks Boulevard, Suite 200, Sacramento, CA 95864, which is located in the city, county and state where the mailing described below took place.

On October 31, 2012, I electronically filed and served the above-referenced document(s) via ECF through the United States District Court – Northern District of California website on all parties listed on the transmission report.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

<u>Counsel for State Farm</u>
Stephen P. Ellingson, Esq.
Hayes, Scott, Bonino, et al.
203 Redwood Shores Pkwy, Suite 480
Redwood City, CA  94065


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed this 31st day of October, 2012, in Sacramento, California.

*/s/ Kristine Dirsiye*
Kristine Dirsiye